UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

       vs.

JESUS AARON VEGA-BELTRAN,
and ELDMIR EUNICES OCHOA,

                    Defendants.

2:17-CR-162-TOR-1, 2

Order Granting Motion for
Protective Order

BEFORE THE COURT is the United States' Motion for Protective Order (ECF No. 44). The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed. For good cause shown, the motion is granted.

ACCORDINGLY, IT IS ORDERED:

1.     The United States will provide discovery materials (including Protected Discovery) on an on-going basis to defense counsel;

ORDER GRANTING MOTION FOR PROTECTIVE ORDER - 1

2.    Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3.    Defense counsel may show to, and discuss with the Defendants the discovery material, including sealed documents;

4.    Defense counsel shall not provide original or copies of discovery materials directly to the Defendants;

5.    Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

6.    The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this case (2:17-CR-0162-TOR); provided however, any reference to the content of the Protected Discovery shall be filed under seal.

//

//

//

1    7.    The parties may seek relief from this Order for good cause shown.

2          DATED November 7, 2017.

3

4

5

6    
7                              THOMAS O. RICE
                          Chief United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR PROTECTIVE ORDER - 3